UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

KEVIN KOZAK                                          Civil Action No. 14-61292-CIV-WJZ

    Plaintiff,

vs.

J & K ROOFING, INC.
DONNIE HERRON

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL

Edward F. Holodak, Esq. of Edward F. Holodak, P.A. announces his appearance on behalf of Defendants J & K ROOFING, INC. and DONNIE HERRON in the above styled cause, copies of any and all correspondence including but not limited to: pleadings, notices, subpoenas and the like should be forward to:

**Law Offices of
Edward F. Holodak, P.A.
2500 Hollywood Boulevard
Suite 212
Hollywood, Florida 33020
Telephone (954) 927-3436
Fax (954) 927-4779**

**I HEREBY CERTIFY** that on the 3rd day of July, 2014 a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day to all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                EDWARD F. HOLODAK, P.A.

                                               Attorney at Law
                                               2500 Hollywood Blvd.
                                               Suite 212
                                               Hollywood, FL 33020
                                               Telephone: (954) 927-3436

                                               By: /s/ Edward F. Holodak
                                                   EDWARD F. HOLODAK
                                                   FL BAR NO.  059234