UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-61292-CIV-TURNOFF

KEVIN KOZAK,

       Plaintiff,

vs.

J & K ROOFING, INC. AND DONNIE HERRON,

       Defendants.
_____/

## JOINT MOTION TO APPROVE FLSA SETTLEMENT AGREEMENT

The Plaintiff and Defendants have amicably settled the matter and seek approval of their FLSA settlement agreement and state the following:

1. Plaintiff's complaint alleges that Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201, Et. Seq. and retaliated against him in violation of the Florida Whistleblower Act and Worker's Compensation Retaliation Statute.

2. Both parties are represented by counsel in this action and hereby certify that they have negotiated an arms length settlement agreement which both parties have executed. Exhibit "1"

3. Under *Lynn's Food Stores, lnc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised with the approval of the district court (or under the supervision of the U.S. Department of Labor).

4. Liability in this case was hotly contested and Defendants deny any wrongdoing.

5. In light of the significant risks involved, Plaintiff compromised his claim and Defendant as a matter of business judgment agreed to pay a certain amount to resolve the litigation

and to avoid further legal expense.

6.  Out of the $10,000.00 settlement, Plaintiff received $4,712.50 with $4,500.00 going to counsel's fees and $787.50 towards actual costs. Counsel significantly (i.e. by $7,000) reduced his fee so as to facilitate settlement.

WHEREFORE, Plaintiff and Defendant jointly request that the Court enter an Order:

a.  approving the parties' Settlement Agreement;

b.  dismissing this action with prejudice; and

c.  reserving jurisdiction to enforce the terms of the settlement, should such enforcement be necessary.

*  One proposed Order is provided herewith.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 9, 2015 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

Loren Law Group
100 South Pine Island Road
Plantation, FL 33324
Phone:      (954)585-4878
Facsimile:  (954)585-4886
E-Mail:     JLoren@Lorenlaw.com

/s/ James M. Loren
_____
James M. Loren, Esquire
Bar No.: 55409

**SERVICE LIST**

Law Offices of Edward F. Holodak, P.A.
Edward F. Holodak, Esquire
2500 Hollywood Boulevard
Suite 212
Hollywood, FL 33020
Phone:    (954)927-3436
Fax:       (954)927-4779
CM/ECF:   edward@holodakpa.net
Counsel for Defendants

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 14-61292-CIV-WJZ

KEVIN KOZAK

    Plaintiff,

vs.

J & K ROOFING, INC.
DONNIE HERRON

    Defendants.
_____/

## SETTLEMENT AGREEMENT

Plaintiff KEVIN KOZAK, and Defendant J & K ROOFING, INC. (Defendant "J&K") and DONNIE HERRON (Defendant "Herron") (collectively "Defendants"), by and through their undersigned counsel, file this SETTLEMENT AGREEMENT, and says:

WHEREAS, without admitting liability, Defendants wish to resolve the claims against them; and

WHEREAS to avoid the cost, time and expenses of litigation, Plaintiff Kozak wishes to resolve this matter; and

WHEREAS all parties believe that settling their dispute amicably is in all parties' best interests; and

WHEREAS all parties enter this Settlement Agreement freely, without coercion, and after consulting with their own counsel; now

THEREFORE, the parties enter this Settlement Agreement and agree as follows:

1. Defendants shall pay Plaintiff Kozak Ten Thousand Dollars ($10,000.00) to settle all claims against them including all damages, punitive damages, costs and attorney fees.
2. Defendants deny that Plaintiff Kozak worked any overtime in violation off FLSA or that he was retaliated against in violation of FLSA, Florida's Whistleblower or Worker's Compensation Retaliation Acts.

3. Plaintiffs shall make payments to Loren & Associates, P.A. Trust Account, according to the following schedule:

   1. Five Thousand Dollars ($5,000.00) upon all parties executing this Settlement Agreement;

   2. One Thousand Two Hundred and Fifty Dollars ($1,250.00) per month for four consecutive months beginning on June 1, 2015.

4. The breakdown of the settlement is a follows: 1) Plaintiff Kozak shall receive Two Thousand Dollars ($2,000.00) for unpaid overtime; 2) Plaintiff Kozak shall receive Two Thousand Dollars ($2,000.00) for liquidated damages; 3) Plaintiff Kozak shall receive Seven Hundred and Twelve Dollars and fifty cents ($712.50) as consideration for the release of the Florida Whistleblower and Worker's Compensation Retaliation Act claims; 4) Plaintiff's Kozak's counsel, Loren & Associates, PA shall receive $4,500.00 for attorney's fees and costs of $787.50.

3. Upon receipt of cleared funds totaling Ten Thousand Dollars ($10,000.00) Plaintiff Kozak shall dismiss this case with prejudice.

4. The Parties request this Court adopt this Settlement Agreement as an Order of the Court, and retain jurisdiction over the parties and subject matter to enforce the terms hereof.

5. This agreement may be signed in counterparts and a facsimile or copy is to be deemed and original.

6.

_____  
KEVIN KOZAK

_Donnie Herron_  
DONNIE HERRON, individually

_Donnie Herron, pres_  
J&K ROOFING, INC.,  
By: Donnie Herron, President