UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CV-61292-TURNOFF

KEVIN KOZAK,

    Plaintiff,

vs.

                                     **CONSENT**

J & K ROOFING, INC.,
and DONNIE HERRON,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve FLSA Settlement Agreement (ECF No. 24), wherein the parties advised that they have reached a complete settlement in this case.

Pursuant to § 216(b) of the FLSA, employees may settle their claims under the FLSA if the court approves the proposed settlement. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Toward this end, the parties have filed their Settlement Agreement, and the undersigned has reviewed the terms thereof. The Settlement Agreement is **APPROVED** by the undersigned as a fair and reasonable settlement of Plaintiff's claims.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Joint Motion to Approve FLSA Settlement Agreement (ECF No. 24) is **GRANTED**.

This matter is **DISMISSED with prejudice**, and any pending motions are hereby **DEEMED MOOT**. The Court shall retain jurisdiction to enforce the settlement terms.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this ___ day of September 2015.

                                                                  **WILLIAM C. TURNOFF**
                                                                  **United States Magistrate Judge**

cc: Hon. Darrin P. Gayles
Counsel of record